UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COLBY PRIOR, | : | CIVIL ACTION NO.   3:21-cv-00795 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GLASS AMERICA MIDWEST, LLC, | : | |
| | : | |
| Defendant. | : | JUNE 11, 2021 |

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Glass America Midwest, LLC ("Glass America") hereby removes this action from the Connecticut Superior Court, Judicial District of Hartford, to the United States District Court for the District of Connecticut. In support of this Notice of Removal, Glass America states the following.

**Procedural History and Plaintiff's Allegations**

1.     On May 14, 2021, Glass America first received a copy of a summons and complaint styled *Colby Prior v. Glass America Midwest, LLC* to be filed in the Connecticut Superior Court, Judicial District of Hartford (the "Complaint").

2.     The Complaint was returned to state court on May 18, 2021 under Docket Number HHD-CV21-6142226-S.

3.     Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Glass America in the state court action are attached hereto as Exhibit A.

4.     The Complaint alleges that Glass America subjected the Plaintiff to a hostile work environment, sexual harassment, retaliation, and gender discrimination in violation of the Connecticut Fair Employment Practices Act. (See Compl., attached hereto as Ex. A.)

108727107.1

**Grounds for Removal**

5.      This action is subject to removal under 28 U.S.C. §§ 1332 and 1441(a).

6.      Pursuant to 28 U.S.C. § 1332, this Court has diversity jurisdiction because the Plaintiff and Defendant are citizens of different states and, upon information and belief, the matter in controversy exceeds $75,000 exclusive of interest and costs. The Complaint alleges that the Plaintiff is a Connecticut citizen. (Compl. ¶ 1.) Glass America is a limited liability company, and none of its members is a citizen of Connecticut. The sole member of Glass America is Glass America LLC. The sole member of Glass America LLC is Gerber Glass, LLC. The sole member of Gerber Glass, LLC is Gerber Glass Holdings Inc. Gerber Glass Holdings Inc. is a Delaware corporation with its principal place of business in Illinois.

7.      Removal to this Court is appropriate under 28 U.S.C. § 1441(a) because the action was commenced in the Connecticut Superior Court, Judicial District of Hartford, which is located within the geographical boundaries of the United States District Court for the District of Connecticut.

**The Procedural Requirements for Removal Have Been Satisfied**

8.      A notice of removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

9.      Removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is being filed within thirty (30) days after Glass America first received the initial pleading on May 14, 2021.

10.     Pursuant to 28 U.S.C. § 1446(b)(2), Glass America is the only defendant named in the Complaint; no additional consents of other defendants are required.

108727107.1

-2-

11.   Glass America will contemporaneously file the statement required by this Court's Standing Order on Removed Cases.

12.   After filing this Notice of Removal, Glass America will promptly serve this Notice of Removal on counsel for all adverse parties.

13.   After filing this Notice of Removal, Glass America will promptly file a Notice of Filing Notice of Removal with the Connecticut Superior Court, Judicial District of Hartford.

### Non-Waiver of Defenses

14.   By removing this action from state court, Glass America does not waive any available defenses.

15.   By removing this action from state court, Glass America does not admit any of the allegations in the Plaintiff's Complaint.

WHEREFORE, pursuant to 28 U.S.C. §§ 1441(a) and 1446, Glass America removes this action from the Connecticut Superior Court to the United States District Court for the District of Connecticut.

DEFENDANT GLASS AMERICA
MIDWEST, LLC

By:     /s/ Eric L. Sussman
        Eric L. Sussman (ct19723)
        Howard Fetner (ct26870)
        Day Pitney LLP
        242 Trumbull Street
        Hartford, CT 06103
        T: (860) 275-0100
        F: (860) 275-0343
        elsussman@daypitney.com
        hfetner@daypitney.com

-4-

## CERTIFICATE OF SERVICE

This is to certify that on the above date, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

I hereby certify that on June 11, 2021, a copy of foregoing was served electronically upon the persons listed below.

*jsabatini@sabatinilaw.com*

          /s/ Eric L. Sussman

108727107.1

-4-